IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| MARVIN JONES, #11002-078 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 2:14cv1006 |
| FNU BOUND, Lt., ET AL. | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was assigned to United States Magistrate Judge Roy S. Payne, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for failure to obey an order. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 1st day of November, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE